Michael BURRLE, Sr., Plaintiff–Appellant

v.

HUNTINGTON INGALLS, INCORPORATED, Defendant–Appellee.

No. 11–31171

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 14, 2012.

Michael Burrle, Sr., Gretna, LA, pro se.

Donna Phillips Currault, Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P., New Orleans, LA, for Defendant–Appellee.

Before WIENER, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

AFFIRMED. See Rule 47.6

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.